Before the Third Division, September 30, 1960

No. 64605.—Austin-Nichols & Co., Inc., and Julius Wile Sons Co., Inc. v. United States, protests 59/19334 and 58/7283 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those the subject of Abstract 61245, the claim of the plaintiffs was sustained.